## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN THE MATTER OF<br><br>CERTAIN SEMICONDUCTOR INTEGRATED CIRCUITS USING TUNGSTEN METALLIZATION AND PRODUCTS CONTAINING SAME | Misc. Action No. *08 - 709*<br><br>**ORDER/COMMISSION FOR DEPOSITIONS TO BE TAKEN IN JAPAN**<br><br>**DEPONENT: ELPIDA MEMORY, INC** |

**TO:    ANY CONSUL OR VICE CONSUL OF THE UNITED STATES OF AMERICA AT OSAKA-KOBE, JAPAN**

Upon the application of Complainants LSI Corporation and Agere Systems, Inc. (collectively "LSI"), and pursuant to Article 17 of the United States - Japan Consular Convention,

**IT IS ORDERED THAT** the depositions on notice of the following volunteering witnesses be taken at the U.S. Consulate General in Osaka-Kobe, Japan, commencing on or about November 4, 2008, at 9:00 a.m. and terminating on or about November 7, 2008, at 5:00 p.m., and that any documentary exhibits in connection therewith be marked:

Mizuki Yoshino

Akira Yabu

Naoyuki Sawaki

Keiji Miyamoto

Hiroaki Akiyama

Migaku Kobayashi

Koji Tokuyama

Yasunori Mikuni

Katzuyoshi Yoshida

Shinich Nakata

Koji Urabe

Tsuyoshi Setokubo

Masato Nakanishi

Kenji Watanabe

Michio Inoue

Yoshihito Yamamoto

**ELPIDA MEMORY, INC.**
Sumitomo Seimei Yaesu Building
3rd Floor 2-1 Yaesu 2- Chome Chuo-ku,
Tokyo 104-0028
Japan

Counsel for Respondent Elpida Memory, Inc. who will participate in said depositions are

George E. Badenoch, Marcia H. Sundeen and Thomas R. Makin.

Counsel for LSI who will participate in said depositions is Tae H. Kim.

Bruce Kevin Holcombe and Chris Field will act as interpreters.

The proceedings will be recorded by Jeanne Bullis, court reporter, and Daniel Dean

Harrington and Paul B. Diserio, videographers.  Please cause the testimony of said witnesses to

be recorded by video and reduced to writing; the depositions to be signed by said witnesses; said

deposition testimony to be annexed to your Commission and closed under your seal; and the

return of these materials to this Court with all convenient speed.

WITNESS, the Honorable RICHARD J. LEON United States Judge of the

United States District Court, District of Columbia, this 3rd day of Nov, 2008.

United States Judge
United States District Court
District of Columbia
333 Constitution Ave., NW
Washington, DC 20001
United States of America

I hereby certify that the signature above is that of the Honorable Richard J. Leon United States
Judge of the United States District Court of the District of Columbia.
_____ Clerk of the Court

2

By: _____

Deputy Clerk: _____

Seal:

**AGERE708408-Order**